147 A.3d 444

JOHN PAFF, PLAINTIFF-PETIONER, v. GALLOWAY TOWNSHIP AND THALIA C. KAY, IN HER CAPACITY AS MUNICIPAL CLERK AND RECORDS CUSTODIAN OF GALLOWAY TOWNSHIP, DEFENDANTS-RESPONDENTS.

Filed July 15, 2016.

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000125-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.